NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERSATA DEVELOPMENT GROUP, INC.,**
*Plaintiff-Appellant,*

v.

**MICHELLE K. LEE, DEPUTY DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE,**
*Defendant-Appellee,*

AND

**SAP AMERICA, INC. AND SAP AG,**
*Defendants-Appellees.*

---

2014-1145

---

Appeals from the United States District Court for the Eastern District of Virginia in No. 1:13-cv-00328-GBL-IDD, Judge Gerald Bruce Lee.

- - - - - - - - - - - - - - - - - - - - - - -

**VERSATA DEVELOPMENT GROUP, INC.,**
*Appellant,*

v.

**SAP AMERICA, INC., SAP AG,**

*Appellees,*

**UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY, DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenors.*

---

2014-1194

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2012-00001.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Versata Development Group, Inc. moves unopposed to reschedule the October 8, 2014, oral argument for 60 to 90 days.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Oral argument will be rescheduled for a date to be determined by the clerk.

FOR THE COURT

| | |
|---|---|
| September 12, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |